■ In the Matter of the Estate of STEPHANIE M. TOMAKA, Deceased. RICHARD H. TOMAKA, as Executor of STEPHANIE M. TOMAKA, Deceased, Respondent; DANIEL TOMAKA, Appellant, et al., Objectant. [797 NYS2d 340]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered May 14, 2004. The order granted petitioner's motion for summary judgment dismissing the objections and admitting the will to probate and denied objectants' application for discovery.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Surrogate's Court. Present— Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.